Petition for Writ of Mandamus Denied and Opinion filed February 13, 2003









Petition for Writ of Mandamus Denied and Opinion filed
February 13, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00141-CV

____________

 

IN RE JOSEPH JOE HANDY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 31, 2003, relator,
an inmate, filed a petition for writ of mandamus in this Court seeking credit
on his sentence for Astreet time.@  See Tex. Gov=t. Code Ann. ' 22.221;  see also Tex. R. App. P. 52.

We deny relator=s petition for writ of mandamus.

 

 

PER CURIAM

 

 

Petition Denied
and Opinion filed February 13, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman.